1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| VICTORIA ANNA PHILLIPS, ) | Case No.: 1:13-cv-00406-SKO |
| ) | |
| ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, ) | **PROCEED IN FORMA PAUPERIS** |
| ) | |
| v. ) | |
| ) | (Doc. 4) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

9
10
11
12
13
14
15
16
17

Plaintiff Victoria Anna Phillips filed a complaint on March 19, 2013, along with an

18

application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application

19

demonstrates entitlement to proceed without prepayment of fees.

20

Accordingly, IT IS HEREBY ORDERED THAT:

21

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22

2.      The Clerk of Court is DIRECTED to issue a summons; and

23

3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24

and this order upon the defendant as directed by the plaintiff.

25

IT IS SO ORDERED.

26

**Dated:    March 20, 2013**               _____/s/ **Sheila K. Oberto**_____
                                                    UNITED STATES MAGISTRATE JUDGE

27
28