# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| VICTORIA ANNA PHILLIPS, | Case No.: 1:13-cv-00406-SKO |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On August 26, 2013, the parties filed a stipulation for dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).

Accordingly, IT IS HEREBY ORDERED that the matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **August 27, 2013**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

-1-